**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER ELLIOTT,

Plaintiff,

v.

N. GALLARDO,

Defendant.

No. 2:26-cv-1200-DJC-ICD-P

ORDER Dated: October 27, 2026

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have filed a stipulation of voluntary dismissal.[1] Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: October 27, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE

[1] Defendant's request for judicial notice, ECF No. 19-1, is granted. The Court takes judicial notice of the stipulation for voluntary dismissal of this action filed in *Elliott v. Gonzalez*, E.D. Cal. Case No. 2:26-cv-0883-JDP-P, as part of a global settlement of a number of cases.